IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DIVISION OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Case No: 13-05317-TOM |
| Christine R. Bates<br>aka Christine B. Johnson<br>    SSN: xxx-xx-9946 | Chapter: 13 |
| Debtor | |

## RENEWED MOTION FOR RELIEF FROM STAY PER ORDER ENTERED 11/18/2015

**COMES NOW**, WELLS FARGO BANK, N.A. (hereinafter "Creditor"), by and through its undersigned counsel of record, Sirote & Permutt, P.C., and pursuant to this Court's Order dated, 11/18/2015, requests this Honorable Court to schedule a hearing on its Motion for Relief from Automatic Stay. As grounds for said renewed Motion for Relief from Automatic Stay said Creditor shows the Court that the Debtor has failed to make the payments mandated by this Court's Order.

Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

/s/ Thomas G. Tutten, Jr.
Thomas G. Tutten, Jr. (TUT-003)
Diane Murray (MUR-048)
Enslen Crowe (CRO-098)
Janna L. Ifshin (IFS-001)

Attorney for Creditor

OF COUNSEL
Thomas G. Tutten, Jr.
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
Telephone: (205) 930-5325/ Fax (205) 212-3820
ttutten@sirote.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Renewed Motion for Relief from Stay was mailed, first class postage prepaid to the following:

Christine R. Bates
5616 Ave. O
Birmingham, AL 35208

and served via electronic case management to:

Audeh Edward Fawwal
312 North 18th Street
Bessemer, AL 35020
edfawwal@aeflaw.net

C. David Cottingham (Acting)
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848
ctmail@ch13bham.com

On this the 29th day of Nov., 2016.

/s/ Thomas G. Tutten, Jr.

OF COUNSEL