| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Christine R. Bates |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN District of AL (State) |
| Case number | 13-05317-TOM13 |

# Form 4100R   AMENDED
## Response to Notice of Final Cure Payment                              10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 8 4 1 9

**Property address:** 5616 Avenue O
Number    Street

Birmingham    AL    35208
City          State  ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                    (a) $  896.06
b. Total fees, charges, expenses, escrow, and costs outstanding:           + (b) $ _____
c. **Total.** Add lines a and b.                                                (c) $  896.06

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   02 / 01 / 2019
MM / DD / YYYY

| Debtor 1 | Christine R. Bates | | | Case number (if known) 13-05317-TOM13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Thomas G. Tutten, Jr.
Signature

Date 5/9/19

Print: Thomas G. Tutten, Jr. / Diane C. Murray *dcm*
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sirote & Permutt, PC

If different from the notice address listed on the proof of claim to which this response applies:

Address: PO Box 55887
Number   Street

Birmingham, AL 35255
City   State   ZIP Code

Contact phone ( 205 ) 930 - 5325

Email: ttutten@sirote.com

Form 4100R    Response to Notice of Final Cure Payment    page 2

Debtor name: CHRISTINE B JOHNSON        Bk Filing Date: 12/3/2013        First PP PmtDueDate/Amt: 1/1/2017 / $427.91

| Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|
|  |  | 2/20/2014 | $399.03 |  |  | $399.03 |
|  |  | 5/8/2014 | $399.03 |  |  | $798.06 |
|  |  |  |  |  |  | $798.06 |
| 1/1/2014 | $404.91 |  |  | 5/9/2014 | $404.91 | $393.15 |
|  |  | 2/11/2015 | $322.50 |  |  | $715.65 |
| 2/1/2014 | $404.91 |  |  | 2/12/2015 | $404.91 | $310.74 |
|  |  | 3/8/2015 | $372.16 |  |  | $682.90 |
| 3/1/2014 | $404.91 |  |  | 3/10/2015 | $404.91 | $277.99 |
|  |  | 5/29/2015 | $400.00 |  |  | $677.99 |
| 4/1/2014 | $404.91 |  |  | 6/3/2015 | $404.91 | $273.08 |
| 5/1/2014 | $404.91 | 7/15/2015 | $175.00 | 7/15/2015 | $404.91 | $43.17 |
|  |  | 9/1/2015 | $100.00 |  |  | $143.17 |
|  |  | 10/16/2015 | $400.00 |  |  | $543.17 |
| 6/1/2014 | $404.91 |  |  | 10/27/2015 | $404.91 | $138.26 |
|  |  | 12/1/2015 | $400.00 |  |  | $538.26 |
|  |  | 12/2/2015 | ($216.11) |  |  | $322.15 |
| 6/1/2014 | ($404.91) |  |  | 12/2/2015 | ($404.91) | $727.06 |
| 5/1/2014 | ($404.91) |  |  | 12/2/2015 | ($404.91) | $1,131.97 |
|  |  | 12/4/2015 | $77.85 |  |  | $1,209.82 |
| 5/1/2014 | $404.91 |  |  | 12/8/2015 | $397.48 | $812.34 |
| 6/1/2014 | $404.91 |  |  | 12/8/2015 | $397.48 | $414.86 |
| 11/1/2015 | $397.48 |  |  | 12/9/2015 | $397.48 | $17.38 |
|  |  | 2/29/2016 | $300.00 |  |  | $317.38 |
|  |  | 3/3/2016 | $100.00 |  |  | $417.38 |
|  |  | 4/3/2016 | $300.00 |  |  | $717.38 |
|  |  | 4/4/2016 | ($163.24) |  |  | $554.14 |
| 12/1/2015 | $397.48 |  |  | 4/4/2016 | $397.48 | $156.66 |
|  |  |  |  | 5/20/2016 | $14.86 | $141.80 |
|  |  | 5/31/2016 | $360.00 |  |  | $501.80 |
|  |  |  |  |  |  | $501.80 |
| 1/1/2016 | $397.48 |  |  | 6/28/2016 | $397.48 | $104.32 |
|  |  | 7/17/2016 | $300.00 |  |  | $404.32 |
|  |  |  |  | 7/26/2016 | $7.43 | $396.89 |
|  |  |  |  | 8/5/2016 | $7.43 | $389.46 |
|  |  | 9/1/2016 | $372.16 |  |  | $761.62 |
|  |  | 10/4/2016 | $330.16 |  |  | $1,091.78 |

Case Number: 1305317        Page 1 of 3

Case 13-05317-TOM13    Doc    Filed 05/09/19    Entered 05/09/19 11:25:01    Desc Main
Document    Page 3 of 6

Debtor name: CHRISTINE B JOHNSON        Bk Filing Date: 12/3/2013        First PP PmtDueDate/Amt: 1/1/2017 / $427.91

| Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|
| | | | | 10/24/2016 | ($67.76) | $1,159.54 |
| | | | | 10/24/2016 | ($240.00) | $1,399.54 |
| | | | | 10/24/2016 | $240.00 | $1,159.54 |
| | | | | 10/24/2016 | $67.76 | $1,091.78 |
| | | | | 11/16/2016 | ($14.86) | $1,106.64 |
| | | 11/22/2016 | $372.16 | | | $1,478.80 |
| 2/1/2016 | $397.48 | | | 12/2/2016 | $397.48 | $1,081.32 |
| 3/1/2016 | $397.48 | | | 12/5/2016 | $397.48 | $683.84 |
| | | | | | | $683.84 |
| 4/1/2016 | $401.92 | | | 12/7/2016 | $401.92 | $281.92 |
| | | | | | | $281.92 |
| | | 12/8/2016 | $190.95 | | | $472.87 |
| 5/1/2016 | $427.91 | | | 12/8/2016 | $427.91 | $44.96 |
| | | | | | | $44.96 |
| 1/1/2017 | $427.91 | 2/2/2017 | $427.91 | 2/2/2017 | $427.91 | $44.96 |
| | | 2/6/2017 | ($44.96) | | | $0.00 |
| 1/1/2017 | ($427.91) | | | 2/9/2017 | ($427.91) | $427.91 |
| | | | | | | $427.91 |
| 1/1/2017 | $427.91 | | | 2/14/2017 | $427.91 | $0.00 |
| | | 3/15/2017 | $428.00 | | | $428.00 |
| | | | | | | $428.00 |
| 2/1/2017 | $427.91 | | | 3/16/2017 | $427.91 | $0.09 |
| | | 4/12/2017 | $428.00 | | | $428.09 |
| 3/1/2017 | $427.91 | | | 4/13/2017 | $427.91 | $0.18 |
| | | 5/26/2017 | $427.91 | | | $428.09 |
| 4/1/2017 | $390.69 | | | 5/30/2017 | $390.69 | $37.40 |
| | | | | 7/26/2017 | ($7.43) | $44.83 |
| 4/1/2017 | ($390.69) | | | 7/26/2017 | ($390.69) | $435.52 |
| | | 8/29/2017 | $600.00 | | | $1,035.52 |
| 4/1/2017 | $390.69 | | | 8/30/2017 | $390.69 | $644.83 |
| | | 9/14/2017 | $360.00 | | | $1,004.83 |
| | | | | | | $1,004.83 |
| 5/1/2017 | $417.17 | | | 9/15/2017 | $417.17 | $587.66 |
| 6/1/2017 | $417.17 | | | 10/25/2017 | $417.17 | $170.49 |
| | | 10/27/2017 | $417.17 | | | $587.66 |
| 7/1/2017 | $417.17 | | | 10/30/2017 | $417.17 | $170.49 |

Case Number: 1305317                                    Page 2 of 3

Case 13-05317-TOM13    Doc    Filed 05/09/19    Entered 05/09/19 11:25:01    Desc Main Document    Page 4 of 6

Debtor name: CHRISTINE B JOHNSON   Bk Filing Date: 12/3/2013   First PP PmtDueDate/Amt: 1/1/2017 / $427.91

| Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|
| | | 11/29/2017 | $400.00 | | | $570.49 |
| 8/1/2017 | $417.17 | | | 11/30/2017 | $417.17 | $153.32 |
| | | 1/2/2018 | $417.17 | | | $570.49 |
| 9/1/2017 | $417.17 | | | 1/3/2018 | $417.17 | $153.32 |
| | | 2/4/2018 | $417.17 | | | $570.49 |
| 10/1/2017 | $417.17 | | | 2/5/2018 | $417.17 | $153.32 |
| | | 3/9/2018 | ($153.32) | | | $153.32 |
| | | 3/27/2018 | $417.17 | | | $570.49 |
| 3/1/2018 | $417.17 | | | 3/28/2018 | $417.17 | $153.32 |
| | | 4/30/2018 | $426.36 | | | $579.68 |
| | | | | | | $579.68 |
| 4/1/2018 | $426.36 | | | 5/1/2018 | $426.36 | $153.32 |
| | | 6/29/2018 | $426.36 | | | $531.18 |
| | | 7/6/2018 | $293.77 | | | $824.95 |
| | | | | | | $824.95 |
| 5/1/2018 | $426.36 | | | 7/11/2018 | $426.36 | $398.59 |
| | | 8/28/2018 | $426.36 | | | $1,128.11 |
| 6/1/2018 | $426.36 | | | 8/29/2018 | $426.36 | $701.75 |
| | | 9/28/2018 | $300.00 | | | $1,001.75 |
| 7/1/2018 | $426.36 | | | 10/1/2018 | $426.36 | $575.39 |
| | | 10/30/2018 | $426.36 | | | $593.77 |
| 8/1/2018 | $426.36 | | | 10/31/2018 | $426.36 | $167.41 |
| | | 12/24/2018 | $421.36 | | | $588.77 |
| | | 2/28/2019 | $426.36 | | | $1,643.79 |
| 12/1/2018 | $426.36 | | | 3/6/2019 | $426.36 | $791.07 |
| 1/1/2019 | $426.36 | | | 3/7/2019 | $426.36 | $364.71 |
| 1/1/2019 | ($426.36) | | | 3/8/2019 | ($426.36) | $791.07 |
| 1/1/2019 | $426.36 | | | 3/11/2019 | $426.36 | $364.71 |
| | | 3/13/2019 | $483.01 | | | $847.72 |
| | | 4/29/2019 | $464.70 | | | $886.06 |
| 2/1/2019 | $426.36 | | | 4/30/2019 | $426.36 | $459.70 |
| 3/1/2019 | $426.36 | | | | | |
| 4/1/2019 | $464.70 | | | | | |
| 5/1/2019 | $464.70 | | | | | |
| Totals | $14,607.94 | | $13,928.51 | | $13,244.75 | |

Case Number: 1305317

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| In Re: | ) | Case No: | 13-05317-TOM |
|---|---|---|---|
| Christine R. Bates | ) | Chapter: | 13 |
| SSN: xxx-xx-9946 | ) | | |
| Debtor | ) | | |
| | ) | | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Amended Response to Notice of Final Cure Payment filed by WELLS FARGO BANK, N.A. was mailed, first class postage prepaid to the following:

Christine R. Bates
5616 Ave. O
Birmingham, AL 35208

and served via electronic case management to:

Audeh Edward Fawwal
312 North 18th Street
Bessemer, AL 35020
edfawwal@aeflaw.net

Bradford W. Caraway
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848
ctmail@ch13bham.com

On this the 9th day of May, 2019.

Respectfully submitted,

/s/ Thomas G. Tutten, Jr.
Thomas G. Tutten, Jr. (TUT-003)
✓Diane Murray (MUR-048) Dcm
Enslen Crowe (CRO-098)
Donald M. Wright (WRI-021)
Attorney for Creditor

OF COUNSEL:

Thomas G. Tutten, Jr.
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205-930-5325 / Fax 205-212-3820
ttutten@sirote.com

Case 13-05317-TOM13    Doc    Filed 05/09/19    Entered 05/09/19 11:25:01    Desc Main
Document    Page 6 of 6